1   SHAWN R. PEREZ #164228
    Attorney at Law
2   7121 West Craig Road, #113-38
3   Las Vegas, Nevada 89129
    Telephone: (702) 485-3977
4   FAX: (702) 442-7095

5   JAMES R. HOMOLA #60244
6   Attorney at Law
    2950 Mariposa, Suite 250
7   Fresno, California 93721
    Telephone: (559) 441-7111
8   FAX: (559) 441-7115

9
    Attorneys for Defendant
10  HERMOSILLO CHAIDEZ

11

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                   EASTERN DISTRICT OF CALIFORNIA

14  UNITED STATES OF AMERICA      |
                                  |
15          Plaintiff,            |   Case No. 1:23-CR-00173-NODJ-BAM
    vs.                           |
16                                |   NOTICE OF WAIVER OF
    HERMOSILLO CHAIDEZ,           |   PERSONAL APPEARANCE
17      Defendant.                |
    _____|

18
         Defendant HERMOSILLO CHAIDEZ hereby waives his right to be present in
19
    open court upon the hearing of any motion or other proceeding in this cause,
20
    including, but not limited to, when the case is ordered set for trial, when a
21
    continuance is granted, and when any other action is taken by the Court
22
    before or after trial, except upon arraignment, plea, empanelment of jury and
23
    imposition of sentence.
24
         Defendant requests the Court to proceed during every absence of his
25
    which the Court may permit, pursuant to this waiver; agrees that his
26
    interests will be deemed represented at all times by the presence of his
27
    attorney, James R. Homola, as if Defendant was personally present; and
28

further agrees to be present in person, in court, for trial any day and time
the Court may direct.

    Defendant further acknowledges that he has been informed of his rights
under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his
attorney to set times and approve delays under the Act without the
Defendant's physical presence.

Dated: March 13, 2024

                                        /s/ Hermosillo Chaidez
                                        HERMOSILLO CHAIDEZ

Dated: March 13, 2024

                                        /s/ James R. Homola
                                        James R. Homola
                                        Attorney for Defendant
                                        HERMOSILLO CHAIDEZ


                                **ORDER**



IT IS SO ORDERED.

    Dated:   **March 13, 2024**          /s/ _Barbara A. McAuliffe_
                                        UNITED STATES MAGISTRATE JUDGE