ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-JWH-BAM |
|---|---|
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| HERMILLO EFRAIN CHAIDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on February 17, 2026.

2. By this stipulation, the defendant now moves to vacate the trial date as to him only and set a change of plea hearing on February 9, 2026.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  December 2, 2025               ERIC GRANT
                                       United States Attorney

                                       /s/ ANTONIO J. PATACA
                                       ANTONIO J. PATACA
                                       Assistant United States Attorney


Dated: December 2, 2025                /s/ SHAWN R. PEREZ
                                       SHAWN R. PEREZ
                                       Counsel for Hermillo Efrain Chaidez

## **ORDER**

IT IS SO ORDERED that the jury trial set for February 17, 2026 and trial confirmation set for February 2, 2026 are vacated as to Defendant Hermillo Efrain Chaidez. A change of plea hearing is set for **February 9, 2026, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 2, 2025**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE