IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HERMILO EFRAIN CHAIDEZ,<br>Defendant. | Case №: 1:23-CR-00173-3 TLN<br>CA Case №: 26-3228<br>**O R D E R**<br>**APPOINTING COUNSEL** |

On August 31, 2026 the Ninth Circuit Court of Appeals appointed counsel in the above captioned case. On September 9, 2026 the Office of the Federal Defender notified the Ninth Circuit that Gary P. Burcham, Burcham & Zugman, 402 West Broadway, Suite 1130, San Diego, CA 92101, Ph. (619) 699-5930, garyburcham@gmail.com was assigned to represent Mr. Chaidez. In order to effectively represent Mr. Chaidez on appeal, Mr. Burcham, needs access to the district court records in case 1:23-cr-00173-3 TLN. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Gary P. Burcham, be appointed to represent the above defendant in this case effective *nunc pro tunc* to September 9, 2026.

This appointment shall remain in effect until further order of this court.

DATED: 9/9/2026

[signature]

Troy L. Nunley
Chief United States District Judge